| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT INITIAL FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Wettre, Leda D. | 2. Court or Organization U.S. District Court, New Jersey | 3. Date of Report 06/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Magistrate Judge - Full time | 5a. Report Type (check appropriate type) ☐ Nomination Date ☑ Initial ☐ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 05/12/2015 |

**7. Chambers or Office Address**

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court, District of New Jersey
50 Walnut Street
Newark, NJ 07102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner | Robinson, Wettre & Miller, LLC |
| 2. President | Historical Society of the United States District Court for the District of New Jersey |
| 3. Vice President | W-Systems Corporation |
| 4. Co-Trustee | Investment Account for the benefit of Gale A. Raffield created by Estate of Camille DiFabio |
| 5. Director | Fordham Law Alumni Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. March 2015 | Agreement with former law firm, Robinson Wettre & Miller, LLC regarding financial terms of resignation of Leda Wettre as member of LLC. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 06/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Gross draw and other compensation as partner of Robinson Wettre & Miller LLC | $353,803.00 |
| 2. | 2015 | Gross draw and other compensation as partner of Robinson, Wettre & Miller, LLC | $105,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Salary from W-Systems Corp. |
| 2. | 2015 | Salary from W-Systems Corp. |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 06/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 06/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America accounts | A | Int./Div. | M | T | | | | | |
| 2. Capital One account | A | Int./Div. | K | T | | | | | |
| 3. TD Bank account | A | Int./Div. | K | T | | | | | |
| 4. JP Morgan Chase Bank account | A | Int./Div. | M | T | | | | | |
| 5. Schwab 529 Plan - Child A | | None | M | T | | | | | |
| 6. Schwab 529 Plan - Child B | | None | M | T | | | | | |
| 7. MetLife Whole Life | | None | L | T | | | | | |
| 8. American Funds IRAs | | None | L | T | | | | | |
| 9. American Funds AMCAP Fund-A | A | Dividend | J | T | | | | | |
| 10. American Funds American Balanced Fund-A | A | Dividend | J | T | | | | | |
| 11. American Funds Capital Income Builder-A | A | Dividend | J | T | | | | | |
| 12. American Funds Capital World Growth and Income Fund-A | | None | J | T | | | | | |
| 13. American Funds EuroPacific Growth Fund-A | | None | J | T | | | | | |
| 14. American Funds Fundamental Investors-A | A | Dividend | K | T | | | | | |
| 15. American Funds The Growth Fund of America-A | A | Dividend | K | T | | | | | |
| 16. American Funds The Investment Company of America-A | A | Dividend | J | T | | | | | |
| 17. American Funds New World Fund-A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds Smallcap Wold Funds A | | None | J | T | | | | | |
| 19. Vanguard Mid Cap Gr Inx | A | Dividend | L | T | | | | | |
| 20. Vanguard Small Cap Gr Idx | A | Dividend | L | T | | | | | |
| 21. Robinson, Wettre & Miller LLC Profit Sharing Plan | | None | O | T | | | | | |
| 22. W-Systems Corp. ADP 401 K Plan | | None | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wettre, Leda D. | 06/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I, Lines 1-4:  I formally resigned from each of these positions prior to being sworn in as a United States Magistrate Judge on April 2, 2015.

Part I, Line 4.  The trust identified in this line is not a trust in which either I or any member of my family had an ownership interest, which is why it is not identified in Part VII.  The beneficiary of the trust was a friend/co-worker at my former law firm, whose mother asked me to be a co-trustee of the investment trust and identified me as such in her will.  As stated above, I resigned as a co-trustee prior to my being sworn in as a United States Magistrate Judge.

Amended report was necessitated by errors on dates on first page of report and inadvertently checking "none" in initial report for Sections III.A and III.B.

| Name of Person Reporting | Date of Report |
|---|---|
| Wettre, Leda D. | 06/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Leda D. Wettre**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544